UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:11-cv-792 |
| SHRIJI HOSPITALITY, INC.<br>A Domestic Corporation | : |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Guadalupe Betancourt, hereby voluntarily dismisses this action with prejudice against Defendant, Shriji Hospitality, Inc. with all costs of court taxed against the party incurring same, and each party being responsible for its own attorneys' fees.

Dated: March 12, 2012

Respectfully submitted,

/s/ Pete M. Monismith
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served upon the persons listed below by U.S. Mail this 12th day of March 2012:

Gautam Parmar
Days Inn
771 West Saginaw Highway
Lansing, Michigan, 48823

                                          By: /s/ Pete M. Monismith
                                          Pete M. Monismith, Esq.
                                          3945 Forbes Ave., #175
                                          Pittsburgh, PA 15213
                                          Ph: 724-610-1881
                                          Fax: 412-258-1309
                                          Pete@monismithlaw.com