UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
Southern Division

GUADALUPE BETANCOURT, Individually, :
 :
    Plaintiff, :
 :
v. : Case No. 1:11-cv-792
 :
SHRIJI HOSPITALITY, INC. :
A Domestic Corporation :
 :
    Defendant. :
_____/ :

## ORDER OF DISMISSAL

The Court, having received Notice by Plaintiff of Voluntary Dismissal against Defendant Shriji

Hospitality, Inc.,  and the Court being fully advised in the premises;

IT IS HEREBY ORDERED

that this matter is dismissed with prejudice,  with all costs of court taxed against the party

incurring same, and each party being responsible for its own attorneys' fees.

Dated: _March 12, 2012_     _/s/ Gordon J. Quist____
             Gordon J. Quist
             United States District Judge